

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Sentry Insurance
a Mutual Company,

\* Original Mandamus Proceeding
of Nolan County,
Trial Court No. DO-92-17,178.

No. 11-21-00107-CV

\* July 30, 2021

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be denied in part and conditionally granted in part. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied in part and conditionally granted in part. A writ of mandamus will issue only if the Honorable Glen Harrison fails to dismiss for lack of subject-matter jurisdiction Donald Bristow's claims (1) that Sentry Insurance a Mutual Company violated the Texas Deceptive Trade Practices Act based on a "course of conduct" related to the delayed payment of, or failure to pay, medical expenses that was intended to avoid Sentry's liability under the Compromise Settlement Agreement (CSA); (2) that Sentry breached the duty of good faith and fair dealing when it engaged in a "pattern of conduct" to delay or fail to pay medical expenses for ulcers that Bristow had developed as a result of his confinement to a wheelchair; and (3) that Sentry violated Chapter 541 of the Texas Insurance Code based on Sentry's alleged delayed payment of, or failure to pay, medical expenses and Bristow's request that the CSA be enforced because "Sentry has denied payment of reasonable and necessary medical expenses." A writ of mandamus will issue only if Judge Harrison does not comply by August 11, 2021.